UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 20 2007
Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

WENDELL C. THOMPSON

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SHERIFF PATRICK B. PEREZ

OF THE KANE COUNTY JAIL

C/O TRABULA BADGE # 487

SGT. SMITH BADGE # 650

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV 6565
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

C|
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: WENDELL C. THOMPSON

   B. List all aliases: CRAIG THOMAS

   C. Prisoner identification number: 30421

   D. Place of present confinement: KANE COUNTY JAIL

   E. Address: 777 E. FABYAN PARKWAY, GENEVA, IL 60134

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: SHERIFF PATRICK B. PEREZ

      Title: SHERIFF

      Place of Employment: KANE COUNTY JAIL

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( )  If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is **YES**:

1. What steps did you take?
   SENT A GRIEVANCE TO SHERIFF

2. What was the result?
   NO RESPONSE

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
   VERBALLY WITH LT. CARTER, INFORMED NO COMPENSATION THRU THIS OFFICE.

D. If your answer is **NO**, explain why not:

3

E.  Is the grievance procedure now completed?  YES (✓)  NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities? YES ( )  NO ( )

G.  If your answer is **YES**:

   1.  What steps did you take?

   _____

   _____

   _____

   2.  What was the result?

   _____

   _____

   _____

H.  If your answer is **NO**, explain why not:

_____

_____

_____

_____

_____

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: WENDELL THOMPSON V. DIRECTOR BODACK AND MEDICAL STAFF

B. Approximate date of filing lawsuit: MAR. 1998

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: WENDELL C. THOMPSON

D. List all defendants: SHERIFF PATRICK B. PEREZ

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: NOT KNOWN

G. Basic claim made: HEALTH AND LIFE ENDANGERMENT, NEGLEGANCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED

I. Approximate date of disposition: 1-11-99

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**GRIEVANCE**
**30 DAY RESPONSE**

ON MAY 26, 2007 MR. WENDELL THOMPSON OCCUPIED CELL J, INSIDE CELL BLOCK 304 OF THE KANE COUNTY JAIL. THIS COMPLAINT IS CONCERNING AN EVENT WHICH BEGAN DURING THIRD SHIFT AT SAID FACILITY.

AFTER LIGHTS OUT, MR. THOMPSON PROCEEDED TO HIS BUNK, AND NOTICED THE CLOTHES AT THE FOOT OF THE BED WERE SOILED. HE THEN NOTICED A LEAK COMING FROM THE CEILING OF CELL J. MS. TABULA BADGE #487, WAS INFORMED OF THIS MATTER DURING HER FIRST ROUND WHICH WAS 12:00A.M.. SHE HAD TO BE REMINDED THE SECOND ROUND, SHE THEN INFORMED MR. THOMPSON, THE NEED OF PERMISSION FROM SGT.. MR. THOMPSON THEN STATED, "WELL IT'S REALLY NOT A REQUEST." C/O TABULA THEN BECAME IRRATE AND BALIGERANT.

DURING MS. TABULA'S THIRD ROUND, APPROXIMATELY AN HOUR AND A HALF AFTER LIGHTS OUT, MR. THOMPSON WAS INFORMED HE MAY MOVE TO ANOTHER CELL. MR. THOMPSON HAD INFORMED MS. TABULA DURING THE FIRST ROUND HE WAS VERY TIRED, BY THIS TIME HE HAD IN FACT FELL ASLEEP IN THE SOILED BEDDING. DUE TO THAT FACT MR. THOMPSON INFORMED MS. TABULA, HE WOULD TAKE HIS MATRESS AND BLANKET, THEN RETRIEVE THE REST OF HIS BELONGINGS IN THE MORNING. MR. THOMPSON WAS THEN INFORMED BY MS. TABULA THAT HE WOULD NOT BE MOVING IF HE DID NOT TAKE ALL OF HIS THINGS. MR. THOMPSON THEN INFORMED MS. TABULA, HE WASN'T TAKING EVERYTHING AND SHE COULD THROW THE REST OF HIS STUFF AWAY IF SHE WANTED. MS. TABULA SLAMMED THE GATE, INFORMED MR. THOMPSON HE WAS NOT MOVING, AND ASKED HIM WHY DIDN'T HE TELL THE LAST SHIFT. MR. THOMPSON STATED HE DID NOT KNOW UNTIL

the lights went out, he also stated that it does not matter just do your job.

With the interuption one and a half hours after lights out, and the water dripping on inmate Thompson all night, he was lucky if he had two hours of sleep.

Mr. Thompson was awaken by Mr. Griffin, informing him that trays were outside. The cell door was popped, and Mr. Thompson began bringing his books, writing utensils, bag, after putting on his clothes. Ms. Tabula had been yelling the whole while Mr. Thompson was bringing his things out.

Another inmate informed Ms. Tabula that Thompson was probably tired, because of the lack of sleep. She said she tried to move him, but he didn't want to move. Mr. Thompson had left some of his things inside, because of Ms. Tabula yelling. When he asked when he could get the rest of his things and change the soiled clothes, she said "Fuck it, your going to five o four", and she ordered the rest of the inmates away from him.

This entire event could have been avoided, this is a perfect example of what happens when an c/o neglects to perform their duties, and does not have a desire to perform them. No request to a Sgt. was necessary and if so, why did it take so long to do so? Would it be humane to allow a child to remain in this same room until morning, even if they wanted to sleep there? Mr. Thompson, for sanitation and health reasons, should have been ordered to move. This move took extremly to long, and with the amount of sleep lost, how was Mr. Thompson expected to awake as

OTHER INMATES, THE MORNING OF THESE EVENTS? HOW DID MS. TABULA KNOW MR. THOMPSON WAS GOING TO SEGREGATION, AND WHY? THE TICKET #00460 DAMAGE AND MISUSE OF PROPERTY, THE CEILING WAS ALREADY DAMAGED, AND MR. THOMPSON CANNOT HELP THE FACT HER TIME TO DO NOTHING IS BEING DAMAGED, OR THAT SHE IS NOT PREPARED TO PERFORM HER DUTIES. COMMON SENSE, IF MR. THOMPSON WOULD NOT COME OUT OF CELL WHY WAS HE NOT IN THE CELL, WHEN SGT. SMITH ARRIVED. INMATE SHOULD HAVE BEEN LEFT IN CELL, UNTIL SGT. ARRIVED.

MS. TABULA MADE CERTAIN MR. THOMPSON WAS PLACED IN SEGREGATION, AS WELL AS MADE CERTAIN SHE DID NOT HAVE TO PERFORM THE INNITIAL DUTY (MOVING MR. THOMPSON), BY REMOVING MR. THOMPSON FROM THE EQUATION. TO DO THAT SHE LIED, EVEN ON THE TICKET, SHE NEVER STATES THE DAMAGE. MR. THOMPSON NEVER REFUSED TO COME OUT OF CELL, HE WAS OUT UPON SGT. SMITHS ARRIVAL, AND MR. THOMPSON LIKES TO EAT TOO MUCH. WITNESSES WOULD INCLUDE, ANTWAN STEWART, ENRIQUE TORRES, RASHEED NAYLOR, TYNE, GRIFFEN, BRYSON, RIVIRA, MARTINEZ, AND SGT. SMITH, WHOM ESCORTED MR. THOMPSON TO SEG., WITHOUT PERFORMING HIS DUTIES. MR. THOMPSON SHOULD NEVER HAVE PUNISHED FIVE DAYS IN SEG., ONE NIGHT BEING VICTOMIZED. FIRST BY MS. TABULA BADGE #487, THEN BY SGT. SMITH BADGE #650, BOTH OF WHICH ARE UNDER THE SHERIFF.

RELIEF SOUGHT: FOR UNSANITARY CONDITIONS, UNREASONABLE PUNISHMENT, NEGLECT, SUFFERING, MENTAL ANGUISH, EMOTIONAL DISTRESS, A MONETARY COMPENSATION AT THE SUM OF $210,000 (TWO HUNDRED TEN THOUSAND DOLLARS).

W. Th------ #30421

WENDELL THOMPSON
JULY 2, 2007
30 DAY RESPONSE

V.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VI.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*ASSIST WITH my CLAIM AND APPOINT AN ATTORNEY TO my CASE.*

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _15TH_ day of _AUGUST_, 20_07_

_W. T_____
(Signature of plaintiff or plaintiffs)

_WENDELL C. THOMPSON_
(Print name)

_30421_
(I.D. Number)

_777 E. FABYAN PARKWAY_
_GENEVA, IL 60134_
(Address)