**PRISONER CASE** ~~R~~   JH   **FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

NOV 20 2007   NR
Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** WENDELL C. THOMPSON

**Defendant(s):** PATRICK B. PEREZ, etc., et al.

**County of Residence:** KANE

**County of Residence:**

**Plaintiff's Address:**

Wendell C. Thompson
#30421
Kane - KCJ
777 East Fabyan Parkway
Geneva, IL 61034

**Defendant's Attorney:**

07CV 6565
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** A. E. Woodham   **Date:** 11/20/2007

Holderman
Mason

07C 6564