**FILED**

DEC 10 2007
12-10-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. (07 C 6565)
THOMPSON V. PEREZ et al
HONORABLE JAMES F. HOLDERMAN
MASON

IN ADDITION TO THE ORIGINAL COMPLAINT THE SHERIFF HAS KNOWLEDGE OF LEAKS IN CEILING, AFTER A STORM (RAIN, SNOW) THE SEVERAL CELLS WITH LEAKS ARE CLOSED THE USED AGAIN AFTER A WHILE WITHOUT REPAIR, SOME CELLS USE IS NEVER DISCONTINUED.

CASE NO. 07 C 4970
HONORABLE JAMES F. HOLDERMAN
THOMPSON, et al. V. SHERIFF PATRICK PEREZ
DOCTOR KIM'S DIAGNOSIS

I HAD INFORMED YOU THAT IF THIS DOCUMENT WAS NOT DELIVERED TO DEFENDANTS COUNSEL ON NOV. 29, 2007 HAND TO HAND I WOULD INFORM THE COURTS.

I WENDELL THOMPSON, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF DOCTOR KIM'S DIAGNOSIS DOCUMENT ON ROSS W. BARTOLOTTA OF SWANSON, MARTIN & BELL, LLP, 2525 CABOT DRIVE, SUITE 204, LISLE, IL 60532, ARDC NO. 6224433. BY PLACING IT IN THE MAIL AT KANE COUNTY JAIL ON 12-5-07.

W.T.