**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Wendell C. Thompson
                              Plaintiff,

v.                                                     Case No.: 1:07−cv−06565
                                                     Honorable James F. Holderman

Patrick B. Perez, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 27, 2007:

      MINUTE entry before Judge James F. Holderman dated 12/27/07: The front of the docket is corrected to reflect the correct spelling of plaintiff's last name from Thompsom to Thompson. Party Wendell C. Thompson added. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.